IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'24 DEC 19 PM2:39
KM

| | | |
|---|---|---|
| SHERRY LAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2256-B-BN |
| | § | |
| INMAR RX SOLUTIONS INC., | § | |
| | § | |
| Defendant. | § | |

## MAGISTRATE JUDGE'S QUESTIONNAIRE TO THE PLAINTIFF

Plaintiff Sherry Land filed a *pro se* complaint that appears to include claims alleging wrongful employment practices. *See* Dkt. Nos. 3, 7. Land also moved for leave to proceed *in forma pauperis* ("IFP"). *See* Dkt. No. 4. So United States District Judge Jane J. Boyle referred this case to the undersigned United States magistrate judge for screening under 28 U.S.C. § 636(b) and a standing order of reference.

The Court granted Land leave to proceed IFP through an order that also pointed to deficiencies in the complaint as filed and allowed Land an opportunity to file an amended complaint by October 7, 2024. *See* Dkt. No. 6.

Land filed an amended complaint. But to further the Court's screening of the claims, Land must answer the following questions in the space provided for answers and may attach additional pages only if necessary. Land must also verify the answers under penalty of perjury on the signature line at the conclusion of the questions and return the completed form to the undersigned no later than **January 10, 2025**.

Failure to timely provide complete and verified answers to all questions may result in the dismissal of the complaint for failure to prosecute and obey an order of

the Court under Federal Rule of Civil Procedure 41(b).

During the pendency of this action, Land must also immediately advise the Court of any change of address and its effective date. A notice of a change of address shall be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall contain only information regarding the change of address and its effective date and shall not contain any motion or request for any other relief.

Failure to file a Notice to the Court of Change of Address may also result in the dismissal of the complaint for failure to prosecute and obey an order of the Court under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

DATED: December 11, 2024

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

- 2 -

**QUESTION NO. 1:** Where were the employment practices that you allege to be unlawful committed? For example, where were you employed when the events underlying the claims you now bring occurred? Please be specific – provide each address, including each city and state.

**ANSWER:**

I Shelly Land was employed at 3845 GRAND LAkes WAy Ste 100 InMGR Solutions InK GRAND PRAIRIE, Texas 75050 my hire date is 10-28-2015 to present

*No. 3: 24-cv-2256*
*B-BN*



**U.S. Equal Employment Opportunity Commission**
**Notification & Acknowledgement of Dual-Filed Charge**

(This Notice replaces EEOC FORM 212-A)

08/30/2022

EEOC Number: 450-2022-05552
FEPA Number:

This is notice that a charge of employment discrimination, Sherry Land v. INMAR RX SOLUTIONS, INC. was initially received by Dallas District Office on 08/25/2022 and will be dual-filed with Texas Workforce Commission Civil Rights Division.

Pursuant to the worksharing agreement, the Dallas District Office intends to Investigate Charge.

The Texas Workforce Commission Civil Rights Division acknowledges receipt of the referenced charge, Sherry Land v. INMAR RX SOLUTIONS, INC., and intends to Defer Investigation.

| | |
|---|---|
| Issued by: | Issued on: |
| Dallas District Office | 08/30/2022 |
| | |
| Acknowledged by: | Acknowledged on: |
| Texas Workforce Commission Civil Rights Division | 08/30/2022 |

**QUESTION NO. 2:** You allege that you submitted employment claims that you are asserting in this suit in a complaint to the EEOC or an equivalent state agency.

If so, please attach a copy of the following:

a)    all complaints that you submitted to the EEOC or the state agency alleging discriminatory action(s);

b)    all documents that you submitted to the EEOC or the state agency related to your complaint;

c)    all letters from the EEOC or the state agency notifying you of your right to file suit; and

d)    all other correspondence sent to you by the EEOC or the state agency related to the claims in the complaint you have filed in this lawsuit.

**ANSWER:** _I have attached all correspondence._

450-2022-05552


**PROVIDER NETWORK**
*Affiliated with Baylor Scott & White Health*

No. 3:24-cv-2256-B-BN

February 27, 2017

**IRVING COMMUNITY CLINIC**
1302 Lane St Suite 100
Irving TX 75061
Phone: 469-800-1000
Fax: 469-800-1010

Sherry B Land
2949 Park Square Dr
Apt 208
Irving TX 75060

| | |
|---|---|
| Patient: | Sherry B Land |
| Date of Birth: | 5/28/1961 |
| Date of Visit: | 2/27/2017 |

To Whom It May Concern:

It is my medical opinion that Sherry Land may return to full duty immediately with no restrictions. However, Ms. Land is suffering from several eye conditions right now, for which she is being seen by an eye specialist. Because of her eye problems, she would benefit from a computer monitor cover to help the screen appear less bright. Additionally, she had a light bulb which gave off less light, which broke approximately 1 week ago. Please replace her current light bulb, with the bulb which gave off less light.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Renika Katrice Thompson, MD

RE: Land, Sherry -- MR#: 8277131

Page 1 of 1



**EyeCare Associates of Texas, P.A. Serving the Best Southwest Area of Dallas since 1979**

**Trang D. Le, MD, FACS**
**Gowri Pachigolla, MD**

**Beverly B. Bishop, MD**
**Silus P. Motamarry, MD, FACS**

No, 3: 24-cv-2256-B-BN

*PATIENT NAME*: Sherry Land

*DATE OF VISIT*: May 22, 2019

*The above-named patient was seen in our office today. Ms. Land started her care at our practice in April of 2019. Due to her current eye condition she will need to continue to have special accomodation at her work station, the same provision that she currently has. Please feel free to contact our office if necessary at 972-637-1300.*

*Sincerely,*

*Trang D. Le MD*
*Grand Prairie*
*EyeCare Associates of Texas, PA*
*www.texaseyes.com*
*634 Uptown Blvd.*
*Cedar Hill, 75104*
*972-637-1300 Phone*
*866-353-7586 Fax*



**EyeCare ASSOCIATES OF TEXAS, P.A.**

**Welcome to EyeCare Associates of Texas, P.A. Serving the Best Southwest Area of Dallas since 1979**

Trang D. Le, MD, FACS
Gowri Pachigolla, MD

Beverly B. Bishop, MD
Silus P. Motamarry, MD, FACS

*No. 3:24-cv-2256-B-BN*

PATIENT NAME: Sherry Land
DATE OF VISIT: March 11, 2022

*The above-named patient was seen in our office today. Ms. Land started her care at our practice in April of 2019.  Due to her current eye condition she will need to continue to have special accommodations at her work station, the same provision that she currently has. Her work station needs to remain the same, no changes. Please feel free to contact our office if necessary at 972-637-1300.*

Sincerely,

Trang D. Le MD

**EyeCare Associates of Texas, PA**
**www.texaseyes.com**
**972-637-1300 Phone**
**866-353-7586 Fax**

Land, Sherry   000000057113 05/28/1961 03/11/2022 10:10 AM Page: 1/1



**EyeCare Associates OF TEXAS, P.A.**

Welcome to EyeCare Associates of Texas, P.A. Serving the Best Southwest Area of Dallas since 1979

**Trang D. Le, MD, FACS**
**Gowri Pachigolla, MD**

**Beverly B. Bishop, MD**
**Silus P. Motamarry, MD, FACS**

*No. 3:24-cv-2256-B-BN*

PATIENT NAME: Sherry Land
DATE OF VISIT: May 25, 2022

The above-named patient was seen in our office today for a follow up. Ms. Land needs to have her cart to function more efficiently on her job. Ms. Land has had this equipment on her job for the last 5 years.

Sincerely,

*[signature]*

Trang D. Le MD

**EyeCare Associates of Texas, PA**
**www.texaseyes.com**
**972-637-1300 Phone**
**866-353-7586 Fax**



*NO. 3:24-CV-2256-B-BN*

**Sherry Land <sherryland594@gmail.com>**

## EEOC charge 450-2022-0552
1 message

**AVIE MURRELL** <AVIE.MURRELL@eeoc.gov>                                   Tue, Mar 28, 2023 at 3:25 PM
To: "Sherryland594@gmail.com" <Sherryland594@gmail.com>

Hello Ms. Land,

I am the investigator assigned to your charge. I am reaching out to set up an appointment to speak with you. Would you
be available to talk Thursday, March 30 or Monday, April 10?

Respectfully,

Avie Murrell

If you are inquiring about the status of your charge, or wish to upload additional evidence associated with your charge,
you may access the Online Charge Status System anytime at https://publicportal.eeoc.gov/portal/

**Warning:** All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity
Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this
communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments
and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails that are sent or received by
the EEOC will be retained according to EEOC's record retention schedule.

No. 3:24-cv-2256-B-BN

 Gmail

Sherry Land <sherryland594@gmail.com>

---

## Discrimination
1 message

**Sherry Land** <sherryland594@gmail.com>                                              Sat, Jan 13, 2024 at 5:47 PM
To: AVIE MURRELL <AVIE.MURRELL@eeoc.gov>

Good evening, Ms Murrell
You  said if I thought of anything else, I wanted to share to send, you an email.
I thought of a few incidents, one happened, last year, either  May or June 2023, I cant remember, the month, the current
supervisor, Maria Gabriela Garcia,was my lead, she would reprimand me, or others blacks, if we were standing around
talking, but if any hispanic peoples, was doing, the same thing, she would join in with them, and not reprimand them. I
witnessed this on many occasions. One day I confronted her, and brought it to my supervisor attention, I also went to Hr
office, with my concerns, nothing was done.
September or October 2024, Maria Garcia was promoted to my new supervisor.
December 11, 2024 I requested to exchange December 21, 2024  for December 26.2024, so that I wouldnt  have to drive
back from out of town, Christmas night, with the heavy traffic, when I go out of town, I always come back the next day, for
safety, she refused me, I went to the general manager, Javier Aponte, he approved it, and every since, Maria Garcia ,
havent been , to friendly with me.
December 21,2024, I was on my way to the time clock,Maria Garcia, was coming my way,as she was walking beside me,
with no one around but us, she asked me, if I was going to be off, tomorrow December 22,2024, I said yes, and right in
my face, she started clapping her hand , I looked at her, and said, I know you didnt just clap your hand, in my face, and
she played it off , and said, I am just happy, you are having a long holiday, it made me mad, but I didnt tell anyone, who
would believe it?

Sherry Land
charge # 450-2022-05552

 Gmail

Sherry Land <sherryland594@gmail.com>

___

## Hippa Laws
3 messages

___

**Sherry Land** <sherryland594@gmail.com>                                    Thu, May 5, 2022 at 8:12 PM
To: Claudia.Betancourt@inmar.com

Good evening, Claudia
I am sending you this email, because, with your workload, you are very busy lately, and I totally understand, not
being able, to keep our I: 30 appointment, on May 4, 2022..
What I wanted to discuss, with you in private, was my concerns, with the way, My supervisor Kiara Collazo,and the
new General manager, Hobero, took such and interest, in trying to find out about, whether, my doctor, had or were
going to sign, my accommodation letter, she even asked me, on April 25, 2022, if the doctor had signed my letter,
and when, I said yes, she clearly, seemed disappointed, and left my station, to go get, the general manager, and
when he, came to my station, he seemed, upset, as well, and before, she went to get him, she said, that, she had
being waiting for Hr, to get back, with her, about it, she even , let me see the emails.
After learning about this, I feel , like , I cant trust anyone , to keep my medical information, confidential and private,
so thats what I wated, to discuss.
Sincerely Sherry Land
May 5,2022.

___

**Sherry Land** <sherryland594@gmail.com>                                    Sat, Jun 4, 2022 at 12:50 PM
To: Sherry Cofer <sherryland594@gmail.com>

[Quoted text hidden]

___

**Sherry Land** <sherryland594@gmail.com>                                    Wed, Aug 17, 2022 at 7:39 PM
To: cofer4545@yahoo.com

sherryland594@gmail.com
[Quoted text hidden]

 Gmail

**Sherry Land <sherryland594@gmail.com>**

---

## Training
1 message

---

**Sherry Land** <sherryland594@gmail.com>                                    Thu, Feb 1, 2024 at 7:50 PM
To: AVIE MURRELL <AVIE.MURRELL@eeoc.gov>

Good evening, Mrs Avie Murrell.
I have some information, I wanted to update, you on, concerning, my training .
On January 16, 2024, I was on vacation, my department called hospital,  had a special order, that mostly, is assigned to
me, because of my tenue and experience, working in  hospital, I am  required, to do , what the others sorter 's doesn' t
have the experienced to do, but are paid, just as much  as me.
When I returned  to work on January 17. 2024, I was told by my lead in hospital. Marciana Reyes, that , it took five
sorters, to do the  same order, on January 16.2024. that I do alone. I just laughed, and told her, I should be paid more.

February 1,2024 at or around 10:40  a.m. I was finishing an order, and Inmar director of  operations ,Rodney Jones,
General manager JavierAponte, Marie Garcia, and some visitors , walked over, to my station, I didnt see them
approaching, and Rodney Jones, said he wanted me to demonstrate, the process, for sorting my order, I said to him, I am
not a trainer, and that is who , should be showing you, the process.
He gives me a funny look, like , he wanted to chew me out, but we had visitors.
First of all, I wasnt asked. just demanded, and next, anytime, visitors of that high  level, to observe, its  usually the most
experienced trainer, whom is chosen , to   answer any questions ,  demonstrations, not a sorter, whom was removed from
training.
charge # 4055- 2022- 05552

---

No. 3:24-cv-2256-B-BN

450-2022-05552





## ASSOCIATE OF THE QUARTER

### 3RD QUARTER 2019

# SHERRY LAND

Sherry has a wealth of knowledge in the hospital department. She is always a hard worker and is willing to take on any work that is given to her. She is also a very valuable trainer, and is willing to help anyone at any time.

inmar



## ⊙inmar

# SERVICE AWARD

PRESENTED TO

## *Sherry Land*

In Grateful Appreciation
For Your 4 Years of
Outstanding Service
And Commitment

2019

NO. 3:24-CV-2256-B-BN

 Gmail

Sherry Land <sherryland594@gmail.com>

---

## New chairs/ sorters
2 messages

---

**Sherry Land** <sherryland594@gmail.com>                                  Wed, Jun 15, 2022 at 7:43 PM
To: Claudia.Betancourt@inmar.com

Good evening , Claudia
I am sending you this email, to voice a concern, that was brought, to my attention, from other, co-workers, I
wont name them, right now, but they was concerned, at the way, they was treated, some of the other sorters, was
given new chairs, and when, they asked, if they was getting new chairs, was told that, only some sorters, would be
getting, a new replacement chair, I was never asked about my chair, or given a choice, to get one,
Monday, june 13, 2022, I went to Kiara Collazo, and asked her , to ask Javier Aponte, if I could speak to him, he
came to my station, and I stated, my concerns, and I said to him,if he is going to order, new chairs, it should be for all
sorters, not just certain ones, and I also noticed, no black , sorters , had a new chair.

Thanks Sherry Land.

---

**Sherry Land** <sherryland594@gmail.com>                                  Wed, Aug 17, 2022 at 7:40 PM
To: cofer4545@yahoo.com

[Quoted text hidden]

No. 3:24-cv-2256-B-BN

 Gmail

**Sherry Land <sherryland594@gmail.com>**

---

## Inmar General Manager/ Javier Ponte
1 message

**Sherry Land** <sherryland594@gmail.com>                                    Tue, Oct 11, 2022 at 4:51 PM
To: info@eeoc.gov

L am sending this email, because my general manager, have been speaking to me , about replacing some of the items, thats, in my charge. Friday 10-07-2022, during our department meeting, he told me, the chairs, that we have been, waiting , to get, that no black"s received, in June 2022, would be delivered , Monday 10-10- 2022, but , I didnt receive one. Tuesday 10-11-2022, when I arrived at my work station # 29 , my new chair, was at  my station, and later , in the afternoon, Javier Ponte, came to see me, at my station.

Charge #450-2022-05552
Sherry Land

# Request a New Accommodation

## Confirmation

**Thank you!**
**You have successfully submitted an accommodation event and associated accommodation request(s).**
Your request was submitted on 05/25/2022 at 01:05 PM EDT
**Your accommodation event number is 12865869**

**View & Print Submission**

**NEXT STEPS**
Within 24 to 48 hours you will be able to view your accommodation request(s) online, by selecting the "View Status" button from the landing page. Once within View Status, you may upload documents related to your accommodation request(s). If you have questions about the status of your accommodation request(s), please contact your HR representative.

**UPLOADED DOCUMENTS**
Sherry Land 05-25-2022.pdf

**IMPORTANT REMINDER**
The confirmation report may contain sensitive information. Please retrieve printed documentation immediately when using a shared printer.

**If you have any questions, please contact your HR Representative.**

**CLOSE**

12/19/24, 10:14 AM Case 3:24-cv-02256-B-BN Document 11 Gmail - EEOC Schedule Appointment - 450-2022-05552 Filed 12/19/24 Page 19 of 36 PageID 57

*NO. 3:24 - CV-2256 - B - BN*

 Gmail

**Sherry Land <sherryland594@gmail.com>**

## EEOC Schedule Appointment - 450-2022-05552
2 messages

**Dallas Intake** <dallasintake@eeoc.gov>                    Mon, Jun 27, 2022 at 3:53 PM
To: "Sherryland594@gmail.com" <Sherryland594@gmail.com>

Good morning, Good afternoon,

Your communication with the Equal Employment Opportunity Commission requesting an interview has been received. Our records indicate you submitted documentation and/or corresponded with EEOC recently.

Due to this communication/submission, you have been scheduled for an appointment on **08/09/2022**, @ **11:00am**. An **investigator** will contact you to conduct the interview and please afford up to an hour and a half for this interview. **(This will be the only email you will receive. Please mark your calendar)**

To facilitate the interview process please login on to the portal and upload any relevant documentation and have it available for discussion at the time of the interview including but not limited to disciplinary and termination documentation. Medical documentation provided to the company on ADA complaints is being requested as well.

Please be advised the call may come through as "**Unknown**" or "**Private**" on your caller ID. Only two attempts within 15 minutes of each other will be made for the conduction of the interview.

Thank you,



Equal Employment Opportunity Commission
207 S Houston St.
Dallas, Texas 75202
972-918-3649Tel
214-253-2720 Fax
DALLASINTAKE@eeoc.gov

*In response to the ongoing coronavirus pandemic, the U.S. Equal Employment Opportunity Commission has implemented agency wide telework.During this time limited staff is available to process the mail. I encourage you to use email as your primary method of communication with me.*

Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this

# View Submission

**Your request was submitted on 05/25/2022 at 01:05 PM EDT**
**Your accommodation event number is 12865869**

## About Your Associate

| | |
|---:|:---|
| **Social Security Number** : | *****3048 |
| **First Name** : | SHERRY |
| **Middle Initial** : | |
| **Last Name** : | LAND |
| **Date Of Birth** : | 05/28/1961 |
| **Preferred Phone** : | 9728156037 |
| **Preferred Email Address** : | sherryland594@gmail.com |
| **Street Address** : | 1430 ESTERS RD |
| **Apt/Unit** : | 2068 |
| **Country Code** : | United States |
| **State** : | Texas |
| **City** : | IRVING |
| **Zip** : | 75061 |

## About Your Associate's Accommodation

| | |
|---:|:---|
| **What is the condition that necessitates this accommodation request?** : | Eye, Ear, Nose & Throat |
| **Did this condition occur as a result of a work-related injury/illness?** : | No |
| **What restrictions and/or limitations have been reported by the Associate?** : | Ms. Land needs to have her cart available to function efficiently in her job role. She has used a cart for the past 5 years. Because of her eyesight the cart keeps the boxes at a certain eye level for her to see much better. |
| **Uploaded Documents** : | Sherry Land 05-25-2022.pdf |

## Request # 1

**What type of accommodation was requested?** : Assistive technology

**Be certain to specify if you are requesting any time away from work as an accommodation.** :

**Is this requested accommodation expected to be temporary or permanent?** : Permanent

**By what date is this accommodation request needed?** : 05/25/2022

**Does this request relate to a condition that has already been reported?** : Yes

**This accommodation will facilitate the following.** : Staying at work

**CLOSE**



Sharell Trusty <sharell.trusty@inmar.com>

---

## Accomendation violation

7 messages

---

**Sherry Land** <sherryland594@gmail.com>         Fri, Feb 28, 2020 at 8:40 PM
To: Sharell Trusty <sharell.trusty@inmar.com>

Hello Sharrell,
 Good evening , I am reaching out , to you, seeking help, in putting a stop , to. Stevon Smallwood contant harassing,  of us each year , by going in our, station and , removing , all suppies, that he , decides, whether , we can have or not, Sunday  February 24,2020, he and someone , from, the retail, department, named Marsha. came to our lead Tony area, where, I  leave my ,accommodation box, with my light, and screen, that , I wrap in bubble wrap, every evening, to keep it safe, opened, my box, went thru it, unwrapped my light, and removed all the supplies, that, I need, to perform my job, they removed my lighted magnifier, tape depenser, that, I need to put my screen up properly, the large tape ,doesnt work,, they only left me with rubber bands, and my apron, and  removed my light from the bubble wrap, and I was told , that the only reason, my light was left,was because, Marci, explain, that, I had a doctor approval, or she was going to take it as well. I am very upset, that my accommodations, are still, not safe, even at a leads station, so Tim Mcgrady, have requested, that, I leave them,at his desk, but, Stevon still .refuse, to return, some of my items,and left me with a broken magnifier light, no tape depencer,and a dull box cutter, and kept  all  of my newer items.
Sherry Land / February 28, 2020

---

**Sharell Trusty** <sharell.trusty@inmar.com>         Sat, Feb 29, 2020 at 5:40 AM
To: Reggie David <reggie.david@inmar.com>, Hiram Chou <hiram.chou@inmar.com>

Reggie,

Please see the report from Sherry below.

Please investigate and provide me an update.

Thank you,

**Sharell Trusty, SHRM-CP, PHR**

Senior Business Partner, Great Teams!



sharell.trusty@inmar.com
3845 Grand Lakes Way. Grand Prairie, TX 75050
p: **817-868-5361** c: 469-431-2571

www.inmar.com  | LinkedIn  | Facebook  | Twitter
[Quoted text hidden]

---

**Reggie David** <reggie.david@inmar.com>         Sat, Feb 29, 2020 at 8:06 AM
To: Sharell Trusty <sharell.trusty@inmar.com>
Cc: Hiram Chou <hiram.chou@inmar.com>

I don't think that was Stevon. I know Maji collected many items off everyone's desk , trying to get all workstations set up with 5S. I will check in today with all three of them.

Reggie David
Operations Manager
[Quoted text hidden]

**Reggie David** <reggie.david@inmar.com>                                    Sat, Feb 29, 2020 at 2:08 PM
To: Sharell Trusty <sharell.trusty@inmar.com>
Cc: Hiram Chou <hiram.chou@inmar.com>

Sharell,
I spoke with Stevon and it turns out he and Kubija assisted Maji in removing excess
supplies off all Hospital workstations. When they got to Sherry's cart, Stevon and Kubija
were aware of Sherry's special supplies so they informed me that they did not touch her
light and privacy screen cover. They did take excess trash bags and her handheld
magnifying glass and placed on the workstation. They left the light and screen cover in
her box on top of her cart. Kubija and Stevon also stated that they saw her cart and box
that following Monday afternoon and feel that the box went missing after that.
I have attached photos of the handheld magnifying glass and her cart.

[Quoted te t hidden]
--

**Thank You,**

**Reggie David**
Operations Manager



reggie.david@inmar.com

4332 Empire Road, Fort Worth, Texas 76155
**p:** 817-868-5619 | **c:** 650-678-9586

www.inmar.com | LinkedIn | Facebook | Twitter

**Upcoming PTO:    2/13/2020 - 2/16/2020**

---

**2 attachments**



**20200229_123602.jpg**
3616K

**20200229_123435.jpg**
2918K

NO. 3:24-CV-2256-B-BN

To Whom It May Concern

My name is Sherry Land, I have been employed, with Inmar for three and a half years, I have Acute Open Angle Glycoma, which I have being under treatment, with Shashi Dharma, M. D. F.A.C.S from 2015- 07-01-2017 after my Cigna Insurance was replaced, with a less known plan Reliance, which my doctor , didn't accept, and so with, open enrollment over , I was then forced, to stop my regular scheduled visits, and no doctor ,to write me new prescriptions, I wasn't able to continue on my prescribed medication, for my eyes, which ,I am scheduled to take three times daily. I  was off my medication from 12-01-17 until recent. In  January 25, 2017and February 08-2017,I had MICROPULSE TRABECULOPLASTY performed on both eyes and my eyes, was very sensitive, and so I asked my primary doctor, Renika  Katrice Thompson,to write me a letter, for  medical accomodations, because the bulb ,in my old light had went out, and no- one had replaced it ,and she also requested that, I received a computer cover monitor, in which , I gave the letter to Reggie David, in his office, and he said that Jonathan Romey, was my supervisor, and that he would give the letter, to him, but for two years , I never received the screen, until 03-2019. I also spoke with Eluid  Juminez  about the screen, and he said that when Myra returned to town, he would have her order me one, but it never happened.

In February 27, 2019, the It , team at Inmar changed ,the Informix, that we was using, and the next morning, February 28,2019, after some hours, of using the new program, around nine or ten that morning, I started feeling, light headed, dizzy, and getting headaches, I  went to my supervisor, Tim Mcgrady, to report ,the medical problems, to him, he said he would go see, Dawn, to get me a computer screen, but he didn't, I was ignored, then I went to Reggie David, he questioned, my problem at first, but then he did come help dim my monitor, and helped with my light, then, I came to HR, Teresa, and she helped calm me down, because ,I was so upset, at the treatment, that I ,had received.

I went to my new eye specialist Dr. Trang D .Le, MD ON 04-10-2019, after examining me, my pressure is elevated, the same reason, I had the MICROPULSE TRABECULOPLASTY DONE IN 2017, I am still having headaches ,un-balance, and problems with dropping items, on a daily basic. Dr Le , is monitoring me, and trying me on new medication, trying to resolve my problems, so that, I will be able to work effectively.

Thanks Sherry LAND

4-27-19
5:30 P.M

ChARGe  #  450-2022-05552

**QUESTION NO. 3:** Have you received a Dismissal and Notice of Rights? If so,

please state specifically when you received the Dismissal and Notice of Rights from

the EEOC or the equivalent state agency.

**ANSWER:**

I received the Right to Sue letter
two years after the two year investigation
that began in August 2022  07-11-2024

**QUESTION NO. 4:** Please provide an address at which to serve the defendant

with a summons and a copy of the complaint.

**ANSWER:**

Emily CARtER
InmaR Rx Solutions, Inc
1 W 4th st Ste 500
Winston Salem, NC 27101

**Cc:**
Emily Carter
Inmar Rx Solutions, Inc.
1 W 4TH ST STE 500
Winston Salem, NC 27101


Please retain this notice for your records.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  DALLAS DISTRICT OFFICE
RECEIVED 08/25/2022

*NO. 3:24-CV-2256-B-BN*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | EEOC | 450-2022-05552 |
| | | FEPA | |
| Texas Workforce Commission Civil Rights Division | | | and EEOC |
| *State or local Agency, if any* | | | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev. etc.) | Home Phone | Year of Birth |
|---|---|---|
| Sherry Land | (972) 815-6037 | 1961 |

| Street Address |
|---|
| 1430 Esters Road Apt 2068 |
| Irving, TX 75061 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| INMAR RX SOLUTIONS, INC. | 201 - 500 Employees | (817) 868-5668 |

| Street Address |
|---|
| 3845 GRAND LAKES WAY STE 100 |
| GRAND PRAIRIE, TX 75050 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address |
|---|
| |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability, Race, Retaliation | 12/15/2021 | 08/09/2022 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the Respondent on or about October 28, 2015. I am employed as a Sorter. Respondent is aware of my disability. In or around December 2021, I was removed from my Trainer duties. In or around March 2022, I was advised that I needed to resubmit my requests for reasonable accommodation, which had been provided since 2019. After I submitted my request, Respondent no longer allowed me to use a cart to perform my essential duties, which was one of the accommodations I had been previously provided. In or around June 2022, all Hispanic Sorters under my immediate supervisor were provided new chairs for their workspace, whereas Black Sorters under my supervisor were not provided new chairs for their workspace. I believe that I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended. I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| *Sherry Land* | |
| Date *8-25-2022*                          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

*No. 3:24-CV-2256-B-BN*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/08/2024

**To:** Sherry Land
5911 Humbert Ave
Fort Worth, TX 76107
Charge No: 450-2022-05552

EEOC Representative and email:    Avie Murrell
Investigator
avie.murrell@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 450-2022-05552.

On behalf of the Commission,

**AVIE MURRELL**    Digitally signed by AVIE MURRELL
Date: 2024.07.08 09:19:22 -05'00'

For Travis Nicholson
District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or "**in remission**" (e.g., cancer) is a disability if it **would be substantially limiting when active**.

✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

*No. 3:24-CV- 2256- B-BN*

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 450-2022-05552 to the

*No 3:24-CV-2256-B-BN*

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 450-2022-05552 to the District Director at Travis Nicholson, 207 S. Houston Street 3rd Floor, Dallas, TX 75202.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### Notice Of Rights Under The ADA Amendments Act OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

## VERIFICATION

STATE OF TEXAS                          §
                                        §        No. 3:24-cv-2256-B-BN
COUNTY OF __DALLAS__                    §

I understand that a false statement or answer to any interrogatories in this cause of action will subject me to penalties for perjury. I declare (or certify, verify or state) under penalty of perjury that the foregoing answers are true and correct (28 U.S.C. § 1746).

SIGNED on this __December__day of __16__, 2024

_Sherry Land_
Sherry Land, Plaintiff

*NO, 3:24-CV-2256-B-BN*

# General Ophthalmology and Diseases of the Eye

**EyeCare ASSOCIATES OF TEXAS, P.A.**

Trang D. Le, M.D. ● Beverly B. Bishop, M.D. ● Gowri Pachigolla, M.D. ● Silus P. Motamarry, M.D.● Jamie L. Gold, O.D.

**Surgical Instructions Dr.** _Le_

- **STOP** _N/A_ (____)**DAYS BEFORE SURGERY**
  **(IF THIS IS YOUR SECOND EYE SURGERY FOLLOW THE SAME SCHEDULE AS THE FIRST EYE SURGERY)**

- **DO NOT EAT OR DRINK 8 HOURS BEFORE SURGERY ARRIVAL TIME**

- TAKE YOUR USUAL MEDICATIONS UNLESS INSTRUCTED OTHERWISE.
- WEAR LOOSE, COMFORTABLE CLOTHING. DO NOT WEAR JEWELRY OR MAKEUP THE DAY OF SURGERY.

### SURGERY LOCATION DATE AND ARRIVAL TIME

| **NORTH TEXAS SURGERY CENTER** **7992 WEST VIRGINIA DALLAS, TX 75237** **(972) 283-2400** | **DATE:** _10_ / _7_ / _24_ **ARRIVE AT** _11_ : _00_ (**AM**)/ PM *Your arrival time may be subject to change.* |
|---|---|

**RETURN TO THE CEDAR HILL OFFICE DATE** _10_ / _8_ @ _8:00_ (**AM**) / PM

---

**START THE FOLLOWING DROPS** _3_ **Days before Surgery:**

(**#1 OFLOXACIN**)/ MOXIFLOXACIN   one-drop  _4_  time(s) a day _Right_ eye

(**#2 KETOROLAC**)/ PROLENSA   one-drop  _4_  time(s) a day _Right_ eye

( **Continue all glaucoma drops unless otherwise instructed** )

**_PLEASE BRING ALL YOUR EYE DROPS TO ALL YOUR APPOINTMENTS._**

---

634 Uptown Blvd
Cedar Hill, TX 75104
Ph 972-637-1300
Fax 1-866-353-7586

507 W. Crossland Blvd
Grand Prairie, TX 75052
Ph 972-642-2121
Fax 972-642-9997

*Sherry Land*

# General Ophthalmology and Diseases of the Eye



**EYECARE ASSOCIATES OF TEXAS, P.A.**

*NO. 3:24-CV-2256-B-BN*

Trang D. Le, M.D. ● Beverly B. Bishop, M.D. ● Gowri Pachigolla, M.D. ● Silus P. Motamarry, M.D.● Jamie L. Gold, O.D.

## Surgical Instructions Dr. ___Le___

- **STOP** ___N/A___ (___)DAYS BEFORE SURGERY
(IF THIS IS YOUR SECOND EYE SURGERY FOLLOW THE SAME SCHEDULE AS THE FIRST EYE SURGERY)

- **DO NOT EAT OR DRINK 8 HOURS BEFORE SURGERY ARRIVAL TIME**

- TAKE YOUR USUAL MEDICATIONS UNLESS INSTRUCTED OTHERWISE.
- WEAR LOOSE, COMFORTABLE CLOTHING. DO NOT WEAR JEWELRY OR MAKEUP THE DAY OF SURGERY.

### SURGERY LOCATION DATE AND ARRIVAL TIME

| | |
|---|---|
| **NORTH TEXAS SURGERY CENTER** <br> **7992 WEST VIRGINIA** <br> **DALLAS, TX 75237** <br><br> **(972) 283-2400** | DATE: _12_ / _9_ / _24_ <br><br> ARRIVE AT _8_ : _00_ (AM) PM <br><br> *Your arrival time may be subject to change.* |

**RETURN TO THE CEDAR HILL OFFICE DATE** _12_ / _10_ @ _8:00_ (AM) PM

---

START THE FOLLOWING DROPS ___3___ Days before Surgery:

(**#1 OFLOXACIN**) MOXIFLOXACIN one-drop _4_ time(s) a day _left_ eye

(**#2 KETOROLAC**) PROLENSA one-drop _4_ time(s) a day _left_ eye

Continue all glaucoma drops unless otherwise instructed

***PLEASE BRING ALL YOUR EYE DROPS TO ALL YOUR APPOINTMENTS.***

---

634 Uptown Blvd
Cedar Hill, TX 75104
Ph 972-637-1300
Fax 1-866-353-7586

507 W. Crossland Blvd
Grand Prairie, TX 75052
Ph 972-642-2121
Fax 972-642-9997



# General Ophthalmology and Diseases of the Eye

Trang D. Le, M.D. ● Beverly B. Bishop, M.D. ● Gowri Pachigolla, M.D. ● Silus P. Motamarry, M.D.

To:  Your Primary Care Physician

From: EyeCare Associates of Texas, P.A.

RE: Medical Clearance for Surgery

---

Procedure: *Cataract / glaucoma sx*

Date of Procedure (if known):_____

---

Prior to scheduling named procedure, a medical clearance is necessary for our mutual patient.

I would appreciate a brief note from you concerning their general health.  Please provide any diagnosis, and/or any specific problems concerning the cardiovascular, respiratory, or nervous system that may affect the patient's ability to tolerate the procedure.  Please include a listing of any medications that he/she may be taking and/or any other considerations that you think may be important.

**Labs and /or chest x-ray _not required_ to obtain medical clearance.**
**_Please include an EKG for patients over 50._**

The enclosed evaluation form has been provided for you convenience.

Thank you very much for your cooperation.

EyeCare Associates of Texas, P.A.