IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRY LAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2256-B-BN |
| | § | |
| INMAR RX SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant in part Defendant Inmar RX Solutions, Inc.'s Motion to Dismiss [Dkt. No. 24]; dismiss Plaintiff Sherry Land's ADA claims based on misconduct occurring before September 4, 2022 with prejudice; and dismiss her Title VII discrimination, Title VII retaliation, and Americans with Disabilities Act discrimination claims without prejudice. *See* Dkt. No. 40. The Magistrate Judge also recommended that the Court should deny Land's motion for leave to amend her complaint [Dkt. No. 35] and, instead, grant Land leave to file an amended complaint that address the deficiencies identified in the Magistrate Judge's recommendation. *See id.*

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 40].

Land must file an amended complaint that conforms with the Findings, Conclusions, and Recommendation [Dkt. No. 40] no later than August 17, 2026. .

SO ORDERED this 11th day of August, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE